UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          13-cr-421 (PKC)

      -against-                                            ORDER

JULIO LEBRON,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by January 6, 2021.  The defendant may reply by January 20, 2021.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
         December 18, 2020